# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Moebius<br><br>Plaintiff(s)<br><br>v.<br><br>Shein Distribution Corporation et al<br><br>Defendant(s) | CASE NUMBER:<br><br>2:22-cv-08259-MRW<br><br>**MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge  Michael R. Wilner .
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required       ☒ Hearing Required
                            ☒ In-Person Court Hearing
                            ☐ Video Conference
                            ☐ Telephonic

Magistrate Judge   Michael R. Wilner

Date/Time       May 23, 2024 at 10:30 a.m.

Courtroom:      550

Dated:        May 17, 2024                    By:            E. Ramirez
                                                          Deputy Clerk