# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8259 MRW | Date | July 17, 2024 |
|---|---|---|---|
| Title | Moebius v. Shein Distribution | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge |
|---|---|
| Eddie Ramirez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff: | Attorneys for Defendant: |
| n/a | n/a |

**Proceedings:**   ORDER VACATING CASE DATES

    1.    The Court reviewed the parties' notice of settlement. (Docket # 77.) Congratulations on resolving the action.

    2.    Based on this, the Court VACATES all case deadlines. The parties are directed to effectuate their settlement and request dismissal of the action by August 15 as proposed. If the action remains pending by then, the parties will file a joint notice explaining the state of play.

    3.    My deep thanks and continued great admiration to Judge Rosenberg for her work with the litigants.


cc:    Hon. Alicia G. Rosenberg, U.S. Magistrate Judge