UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 22-8259 SVW (Ex) | Date | August 19, 2024 |
|---|---|---|---|

| Title | MICHAEL MOEBIUS v. SHEIN DISTRIBUTION CORPORATION, et al. |
|---|---|

Present: The Honorable   Charles F. Eick, United States Magistrate Judge

| Valencia Munroe | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**  **Attorneys Present for Defendants:**
None  None

**Proceedings:**       **(IN CHAMBERS)**

The Magistrate Judge is in receipt of the "Notice of Reassignment etc.," filed August 15, 2024. In light of the "Order Vacating Case Dates," filed July 17, 2024, and the "Joint Notice Re: Status of Settlement," filed August 14, 2024, the "Motion Re: Informal Discovery Dispute," filed May 17, 2024, and "Defendants' Motion for a Protective Order," filed May 22, 2024, are denied without prejudice. If the case does not settle, the parties shall comply fully with Local Rule 37 before seeking judicial intervention into their discovery disputes.

cc:   Judge Wilson
      All Counsel of Record

Initials of Deputy Clerk   VMUN