**MARTORELL LAW APC**
Eduardo Martorell, State Bar No. 240027
EMartorell@Martorell-Law.com
6100 Center Drive, Suite 1130
Los Angeles, CA 90045
Telephone: (323) 840-1200
Facsimile: (323) 840-1300

Attorneys for Plaintiff,
MICHAEL MOEBIUS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOEBIUS, individually,<br><br>Plaintiff,<br><br>v.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation; ROADGET BUSINESS PTE, LTD., a Singapore wholesale trade company dba "SHEIN"; and DOES 1 through 100,<br><br>Defendants. | Case No.: 2:22-cv-08259-SVW-Ex<br><br>*Hon. Stephen V. Wilson*<br><br>**STIPULATION TO DISMISS ACTION PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Action Filed:   November 11, 2022<br>FAC Filed:      Sept. 11, 2023<br>Pretrial Conf.: Vacated<br>Trial Date:     Vacated |

Plaintiff Michael Moebius ("Plaintiff") and Defendants Shein Distribution Corporation ("SDC"), and Roadget Business PTE, Ltd. dba SHEIN (collectively, "Defendants" and with Plaintiff, the "Parties"), by and through the undersigned counsel of record, jointly submit this Stipulation to Dismiss Action, *with prejudice*, pursuant Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

WHEREAS, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties having appeared in the above-captioned action as of the date of signing consent to the dismissal of the above-captioned action, where each party will bear their own fees and costs.

WHEREAS, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court need not issue an order for this Stipulation of Voluntary Dismissal to take effect.

WHEREFORE, IT IS HEREBY STIPULATED by, between, and among the Parties, that Plaintiff dismisses this action in its entirety.

Dated: November 8, 2024     **MARTORELL LAW APC**

By: */s/ Eduardo Martorell*
Eduardo Martorell
*Attorneys for Plaintiff,*
*MICHAEL MOEBIUS*

Dated: November 8, 2024     **MERCHANT & GOULD, LLP**
**PIETZ & SHAHRIARI, LLP**

By: */s/ Scott Shaw*
Scott Shaw
Morgan E. Pietz
*Attorneys for Defendants,*
*SHEIN DISTRIBUTION CORP. and*
*ROADGET BUSINESS PTE, LTD.*

**ECF CERTIFICATION**

Pursuant Local Civil Rule 5-4.3.3(a)(2)(i), I hereby attest that Scott Shaw, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized me to file this document.

/s/ *Eduardo Martorell*
Eduardo Martorell